# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

Case No. 5D2025-3036
LT Case No. 2020-CF-000376

—————————————

MANUEL ANTONIO MORENO,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

—————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Manuel Antonio Moreno, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

November 7, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 23, 2024 order denying defendant's motion for postconviction relief, rendered in Case No. 2020-CF-000376, in the Circuit Court in and for Putnam County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and MAKAR and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____